# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# GREENVILLE DIVISION

| | |
|---|---|
| Patricia L. Greenway,<br><br>    Plaintiff,<br><br>  v.<br><br>Ivan J. Toney, Esq;<br>Kim R. Varner, Esq;<br>James Weston Segura, Esq<br>Jane Doe and<br>Law Enforcement Center,<br><br>    Defendant(s). | C/A No. 6:05-1736-GRA-WNC<br><br>ORDER |

  This matter is before the Court for a review of the magistrate's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(d), D.S.C., and filed July 26, 2005. Plaintiff brought this suit pursuant to 42 U.S.C. § 1983. The magistrate recommends that the complaint in the above-captioned case be partially dismissed without prejudice and without issuance and service of process as to Defendant Law Enforcement Center only.

  Plaintiff is proceeding *pro se*. This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Haines v. Kerner*, 404 U.S. 519, 520

(1972).

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id.* In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983). Plaintiff has not filed objections to the Report and Recommendation.

This Court finds that one of the Defendants named by Plaintiff, Law Enforcement Center, does not qualify as a person pursuant to 42 U.S.C. § 1983, therefore Plaintiff cannot state a valid § 1983 claim against Defendant Law Enforcement Center.

After a review of the magistrate's Report and Recommendation, this Court finds that the report is based upon the proper law. Accordingly, the Report and Recommendation is accepted and adopted in its entirety.

IT IS THEREFORE ORDERED that the above-captioned case is partially DISMISSED *without prejudice* and without issuance and without service of process as to Defendant Law Enforcement Center only.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

August 18, 2005.

### NOTICE OF RIGHT TO APPEAL

Plaintiff has the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.